NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUZANNAH LEIGH AVILA,   )
    )
    Appellant,   )
    )
v.   )   Case No. 2D18-447
    )
STATE OF FLORIDA,   )
    )
    Appellee.   )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Suzannah Leigh Avila, pro se.

PER CURIAM.

Affirmed.

LaROSE, C.J., and VILLANTI and ROTHSTEIN-YOUAKIM, JJ., Concur.